Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.: 17−31410−JKS
                    Chapter: 13
                    Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William Panzera
   45 Peters Ln
   North Haledon, NJ 07508−2542

Social Security No.:
   xxx−xx−7919

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 10/23/17 and a confirmation hearing on such Plan has been scheduled for 9/13/18.

The debtor filed a Modified Plan on 9/12/18 and a confirmation hearing on the Modified Plan is scheduled for 10/11/18 AT 9:00 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: September 20, 2018
JAN: wdh

                                                                                                                 Jeanne Naughton
                                                                                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 17-31410-JKS
William Panzera                                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 2             Date Rcvd: Sep 20, 2018
                             Form ID: 186             Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2018.
db              William Panzera,    45 Peters Ln,    North Haledon, NJ  07508-2542
aty            +Aldridge Pite, LLP,    4375 Jutland Drive,    Suite 200,    P.O. Box 17933,
                 San Diego, CA 92177-7921
517135221     ++++DITECH,    332 MINNESOTA ST STE E610,    SAINT PAUL MN  55101-1311
                (address filed with court: Ditech,    332 Minnesota St Ste 610,    Saint Paul, MN  55101-7707)
517135219       Debt Rec Sol,    6800 Jericho Tpke,    Syosset, NY  11791-4436
517717285      +PNC Bank, N.A,    P.O. Box 94982,    Cleveland, OH  44101-4982
517637152      +THE BANK OF NEW YORK, AS TRUSTEE,    Bayview Loan Servicing, LLC,
                 4425 Ponce De Leon Blvd., 5th Floor,    Coral Gables FL  33146-1837
517352495      +The Bank of New York,    Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd., 5th Floor,
                 Coral Gables FL  33146-1837

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 20 2018 23:14:21      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 20 2018 23:14:19      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ  07102-5235
517135220       E-mail/Text: bankruptcy.bnc@ditech.com Sep 20 2018 23:14:01      Ditech,   Attn: Bankruptcy,
                 PO Box 6172,    Rapid City, SD  57709-6172
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517138271       Asset Acceptance LLC
517138269       Bergen County,    Special Civil Court
517138272       Clipper Magazine LLC
517138274       Holy Name Medical Center
517138270       Passaic County,    Special Civil Part
517138275       Pry David
517138268       Verizon
517138273*      Debt Rec Sol,    6800 Jericho Tpke,    Syosset, NY 11791-4436
                                                                                   TOTALS: 7, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2018 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
               YORK, AS TRUSTEE (CWALT 2004-35T2) cwohlrab@logs.com, njbankruptcynotifications@logs.com
              Charles G. Wohlrab    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, as servicer for THE
               BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2004-35T2) cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Jill  Manzo    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, as servicer for THE BANK OF
               NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2004-35T2) bankruptcy@feinsuch.com
              Jordan Seth Blask    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION jblask@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               rsolarz@kmllawgroup.com
              Robert M. Rich    on behalf of Debtor William  Panzera rrlaw@aol.com,
               G14833@notify.cincompass.com,carmelita.rrlaw@gmail.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Sep 20, 2018
                               Form ID: 186             Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 8