Order Filed on November 20,
2018 by Clerk U.S. Bankruptcy
Court District of New Jersey

ITB 18-021341
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856)793-3080
Chandra M. Arkema - 029552006
Krystin M. Kane - 171402015
Kathleen M. Magoon - 040682010
Charles G. Wohlrab - 016592012
ATTORNEYS FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2004-35T2)

IN RE:

WILLIAM PANZERA, DEBTOR

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

CASE NO.: 17-31410-JKS
CHAPTER 13

## ORDER APPROVING LOAN MODIFICATION

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: November 20, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

THIS MATTER having come before the Court upon the Secured Creditor's Notice of Motion for an Order approving a loan modification agreement, and Court having examined the evidence presented, and for good cause shown, it is hereby **ORDERED** as follows:

1. The Court hereby authorizes Secured Creditor and the debtor(s), to enter into a loan modification.
2. The loan modification agreement between the Secured Creditor and the Debtor, attached as an Exhibit to the Secured Creditor's motion, is approved.
3. In the event a loan modification is completed and the pre-petition arrears are capitalized into the loan, Secured Creditor shall amend the arrearage portion of its Proof of Claim to zero or withdraw the claim within thirty (30) days of completion of the loan modification.
4. The Chapter 13 Trustee shall suspend disbursements to secured creditor pending completion of loan modification and all money that would otherwise be paid to secured creditor, be held until the arrearage portion of the claim is amended to zero or the claim is withdrawn, or the Trustee is notified by the secured creditor that the modification was not consummated.
5. In the event the modification is not consummated, the secured creditor shall notify the Trustee and debtor's attorney of same. Any money that was held by the Trustee pending completion of the modification shall then be paid to secured creditor.
6. In the event the Proof of Claim is amended to zero or withdrawn, the Trustee may disburse the funds being held pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.
7. Debtors shall file an amended Schedule J and Modified Plan within twenty (20) days of this order.
8. With respect to any post-petition orders, claims for post-petition mortgage arrears, and orders for creditor's attorney's fees which are being capitalized into the loan, secured creditor will amend any and all post-petition orders or claims within 30 days after completion of the loan modification.
9. The attorney's fees associated with the Secured Creditor's filing of this motion, in the amount of $350.00 are deemed recoverable from the Debtor.
10. Communication and/or negotiations between Debtor and mortgagees/ mortgage servicers about the loan modification, and the recording of the loan modification, shall not be deemed as violation of the automatic stay; and any such communication or negotiation shall not be used by either party against other in any subsequent litigation.

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 17-31410-JKS
William Panzera                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1              Date Rcvd: Nov 20, 2018
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2018.
db             William Panzera,    45 Peters Ln,    North Haledon, NJ    07508-2542

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2018 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
               YORK, AS TRUSTEE (CWALT 2004-35T2) cwohlrab@logs.com,    njbankruptcynotifications@logs.com
              Charles G. Wohlrab    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, as servicer for THE
               BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2004-35T2) cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jill  Manzo    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, as servicer for THE BANK OF
               NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2004-35T2) bankruptcy@feinsuch.com
              Jordan Seth Blask    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION jblask@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               rsolarz@kmllawgroup.com
              Robert M. Rich    on behalf of Debtor William  Panzera rrlaw@aol.com,
               G14833@notify.cincompass.com,carmelita.rrlaw@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9