Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−31410−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  William Panzera
  45 Peters Ln
  North Haledon, NJ 07508−2542

Social Security No.:
  xxx−xx−7919

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/14/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 15, 2019
JAN: zlh

Jeanne Naughton
Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                          Case No. 17-31410-JKS
William Panzera                                                 Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Jan 15, 2019
                              Form ID: 148             Total Noticed: 10
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2019.
db             William Panzera,    45 Peters Ln,    North Haledon, NJ  07508-2542
aty           +Aldridge Pite, LLP,    4375 Jutland Drive,    Suite 200,    P.O. Box 17933,
               San Diego, CA 92177-7921
517135221    ++++DITECH,    332 MINNESOTA ST STE E610,    SAINT PAUL MN  55101-1311
              (address filed with court: Ditech,    332 Minnesota St Ste 610,    Saint Paul, MN  55101-7707)
517135219      Debt Rec Sol,    6800 Jericho Tpke,    Syosset, NY  11791-4436
517717285     +PNC Bank, N.A,    P.O. Box 94982,    Cleveland, OH 44101-4982
517637152     +THE BANK OF NEW YORK, AS TRUSTEE,    Bayview Loan Servicing, LLC,
               4425 Ponce De Leon Blvd., 5th Floor,    Coral Gables FL 33146-1837
517352495     +The Bank of New York,    Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd., 5th Floor,
               Coral Gables FL 33146-1837

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 15 2019 23:45:24     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 15 2019 23:45:20     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517135220      E-mail/Text: bankruptcy.bnc@ditech.com Jan 15 2019 23:44:56     Ditech,    Attn: Bankruptcy,
               PO Box 6172,    Rapid City, SD  57709-6172
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517138271      Asset Acceptance LLC
517138269      Bergen County,    Special Civil Court
517138272      Clipper Magazine LLC
517138274      Holy Name Medical Center
517138270      Passaic County,    Special Civil Part
517138275      Pry David
517138268      Verizon
517138273*     Debt Rec Sol,    6800 Jericho Tpke,    Syosset, NY 11791-4436
                                                                                   TOTALS: 7, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2019 at the address(es) listed below:
             Charles G. Wohlrab    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
              YORK, AS TRUSTEE (CWALT 2004-35T2) cwohlrab@logs.com, njbankruptcynotifications@logs.com
             Charles G. Wohlrab    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, as servicer for THE
              BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2004-35T2) cwohlrab@logs.com,
              njbankruptcynotifications@logs.com
             Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
              bkgroup@kmllawgroup.com
             Jill Manzo    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, as servicer for THE BANK OF
              NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2004-35T2) bankruptcy@feinsuch.com
             Jordan Seth Blask    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION jblask@tuckerlaw.com,
              agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
             Marie-Ann Greenberg    magecf@magtrustee.com
             Rebecca Ann Solarz    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
              rsolarz@kmllawgroup.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jan 15, 2019
                              Form ID: 148             Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Robert M. Rich    on behalf of Debtor William  Panzera rrlaw@aol.com, G14833@notify.cincompass.com,carmelita.rrlaw@gmail.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                 TOTAL: 9